UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM CHARLES

Write the full name of each plaintiff.

___CV_~~52020200843~~___
(Include case number if one has been assigned)

-against-

NEW YORK CITY FIRE DEPT.
(FDNY)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

I.  PARTIES

A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

KAREEM / R / CHARLES
First Name / Middle Initial / Last Name

80 AMSTERDAM AVE, 8F
Street Address

NYC / NY / 10023
County, City / State / Zip Code

(646) 724-0128
Telephone Number

KCHARLES7@GMAIL.COM
Email Address (if available)

B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:
(718) 999 2000

Name: NEW YORK CITY FIRE DEPT. (FDNY)

Address where defendant may be served: 9 METROTECH CTR

County, City: BKLKN / State: NY / Zip Code: 11201

Defendant 2:

Name: ENGINE 35

Address where defendant may be served: 2282 3RD AVE

County, City: NYC / State: NY / Zip Code: 10035

Defendant 3:

Name: ENGINE 74

Address where defendant may be served: 120 W 83RD ST

County, City: NYC   State: NY   Zip Code: 10024

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

Name: FDNY (NYC FIRE DEPT.)

Address: 9 MetroTech CTR

County, City: BKLYN   State: NY   Zip Code: ~~____~~ 11201

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race: Race based discrimination, hazing, touching, fretaliation based on race.

☑ color:

☑ religion: Denial of Sabbath Observation.

☑ sex: Gender based hazing/discrimination.

☐ national origin:

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: <u>BLACK / AFRICAN AMERICAN</u>

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law): _____

## IV.   STATEMENT OF CLAIM

### A.   Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☑ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☑ harassed me or created a hostile work environment
- ☑ other (specify): The FDNY along with it's supervisors have created a situation immediately dangerous to my life. I have lost my income due to dangerous conditions set up by the FDNY & it's employees.

### B.   Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

On 6/1/2019 I filed a complaint with the FDNY's EEO office. I had reached the limit with the race based, gender based & color discrimination I had faced within the FDNY from Day 1 of the academy. I had been hazed, called a nigger by a supervisor, sexually touched by supervisors on multiple occasions, sent harassing texts & messages. My claim was concluded in 1/2020. I signed a stipulation agreement with the FDNY in 9/2020. Ever since then I have been receiving harassing phone calls, been labeled a "snitch"/whistleblower. The FDNY has created a set of circumstances which endanger my life. I have lost my career due to these circumstances set up by the FDNY.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

Page 5

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? ~~6/1/2019 (FDNY EEO OFFICE)~~

☑ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? 6/24/2021

When did you receive the Notice? 6/24/2021

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☑ direct the defendant to re-employ me

☐ direct the defendant to promote me

☑ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

The FDNY, it's administration, supervisors, and employees have made it impossible to have a career in the FDNY. I have lost out on a career due to the life threatening circumstances that have been created. I am no longer safe working or operating safely in any FDNY Firehouse due to the circumstances, retaliation, & race based hazing set up, perpetuated, and sustained by the FDNY.

Page 6

VII.  PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 6/25/2021

Plaintiff's Signature

First Name: KAREEM
Last Name: CHARLES

Street Address: 80 AMSTERDAM AV #8F
County, City: NYC
State: NY
Zip Code: 10023

Telephone Number: (646) 724-0128
Email Address (if available): KCHARLES7@GMAIL.COM

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



|  |  |
|---|---|
| VIA EMAIL | U.S. Department of Justice<br>Civil Rights Division<br>NOTICE OF RIGHT TO SUE WITHIN 90 DAYS |
|  | *150 M Street, N.E.*<br>*Karen Ferguson , EMP, 4CON, Room 9.514*<br>*Washington, DC 20530* |

June 24, 2021

Mr. Kareem R. Charles
80 Amsterdam Ave.
Manhattan, NY  10023

Re:  EEOC Charge Against New York City Fire Dept.
     No. 520202100843

Dear Mr. Charles:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

    The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                                Sincerely,

                                                Kristen Clarke
                                           Assistant Attorney General
                                             Civil Rights Division

                        by      /s/ Karen L. Ferguson
                            Karen L. Ferguson
                      Supervisory Civil Rights Analyst
                      Employment Litigation Section

cc: New York District Office, EEOC

New York City Fire Dept.