UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM CHARLES,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

21-CV-5567 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    All fact discovery shall be completed no later than June 12, 2024. By June 19, 2024, the parties shall submit a post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases. No further extensions of the discovery schedule will be granted absent extraordinary circumstances.

    Summary judgment motions shall be filed by July 26, 2024. Oppositions shall be filed by August 16, 2024, and replies shall be filed by August 30, 2024.

Dated: March 14, 2024
       New York, New York

                                    SO ORDERED.

                                    *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge