UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM CHARLES,

                    Plaintiff,

            -against-

CITY OF NEW YOK, NEW YORK CITY FIRE
DEPARTMENT, and VINCENT CARABELLO, in
his individual and corporate capacities,

                    Defendants.

21-CV-5567 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties did not comply with the Court's Individual Rule 4(f)(ii) regarding Rule

56.1 Statements. By **November 22, 2024**, the parties shall file a joint Rule 56.1 Statement

setting out all facts on which the parties agree.

Dated: November 8, 2024
            New York, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge